No. 351, Misc. MULLINS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 353, Misc. JACKSON *v.* NEW YORK STATE PAROLE BOARD ET AL. Appellate Division of the Supreme Court of New York, Third Judicial Department. Certiorari denied.

No. 355, Misc. CLUTE *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 356, Misc. FARNHAM *v.* BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 357, Misc. HORN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 359, Misc. GWYTHER *v.* TALBOTT, SECRETARY OF THE AIR FORCE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Herman Marcuse* for respondents.

No. 360, Misc. BUKORSKY *v.* UFFELMAN, SUPERINTENDENT, ILLINOIS SECURITY HOSPITAL. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 362, Misc. JORDAN *v.* NEW YORK. County Court of Wyoming County, New York. Certiorari denied.

No. 395, Misc. ESTEP *v.* WASHINGTON. Supreme Court of Washington. Certiorari denied.